AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| United States of America | ) |
|---|---|
| v. | ) |
| JOSE DAVILA-CASTILLO | ) Case No. CR 22-1906 MLG |
| | ) |
| | ) |
| | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   JOSE DAVILA-CASTILLO                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I): Conspiracy to Transport and Harbor Aliens;

Counts 2-4: 8 U.S.C. §§ 1324(a)(1)(A)(iii), (a)(1)(B)(i) and (a)(1)(A)(v)(II): Harboring Illegal Aliens; Aiding and Abetting

Count 23: 18 U.S.C § 1956(h): Conspiracy to Commit Money Laundering.

Date:   10/17/2023                                          *N. Maestas*
                                                                                    Issuing officer's signature

City and state:   Albuquerque, New Mexico                Mitchell R. Elfers, Clerk of Court
                                                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/23/23 , and the person was arrested on *(date)* 10/24/23
at *(city and state)* JOHNSTOWN, CO              .

Date: 10/25/23

                                                                                    *Arresting officer's signature*

                                                                                    B. Sumner / SA
                                                                                    *Printed name and title*