AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>**GUADALUPE DAVILA-RAMIREZ**<br><br>_Defendant_ | )<br>)  Case No.  CR 22-1906 MLG<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   **GUADALUPE DAVILA-RAMIREZ**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 8 U.S.C. § 1324(a)(1)(A)(v)(I): Conspiracy to Transport and Harbor Aliens;

Counts 2-4: 8 U.S.C. §§ 1324(a)(1)(A)(iii), (a)(1)(B)(i) and (a)(1)(A)(v)(II): Harboring Illegal Aliens; Aiding and Abetting

Count 23: 18 U.S.C § 1956(h): Conspiracy to Commit Money Laundering.

Date:   10/17/2023

_N. Maestas_
Issuing officer's signature

City and state:   Albuquerque, New Mexico          Mitchell R. Elfers, Clerk of Court
Printed name and title

---

**Return**

This warrant was received on _(date)_ 10/17/23, and the person was arrested on _(date)_ 10/24/23
at _(city and state)_ Johnstown, CO.

Date: 10/25/23

_[signature]_
Arresting officer's signature

B. Sumner / SA
Printed name and title