IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00171-STV-1

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. JOSE DAVILA-CASTILLO,

       Defendant.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of defendant Jose Davila-Castillo in the above-captioned case.

       Respectfully submitted,

       VIRGINIA L. GRADY
       Federal Public Defender


       *s/ David Kraut*
       DAVID KRAUT
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:     (303) 294-7002
       FAX:           (303) 294-1192
       Email:         David_Kraut@fd.org
       Attorney for Defendant Davila-Castillo

CERTIFICATE OF SERVICE

       I hereby certify that on October 25, 2023, I filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address:

Andrea L. Surratt, Assistant United States Attorney
E-mail: andrea.surratt@usdoj.gov

                                  *s/ David Kraut*
                                  DAVID KRAUT
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone:     (303) 294-7002
                                  FAX:             (303) 294-1192
                                  Email:            David_Kraut@fd.org
                                  Attorney for Defendant Davila-Castillo